**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANCHEZ, | **Case No.:** 8:24-cv-00561-CJC-ADS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| SV TIRE & AUTO REPAIR, a business entity; KH HOLDINGS, LLC, a Wyoming limited liability company; | |
| Defendants | |

**TO ALL PARTIES IN INTEREST:**

    **THIS NOTICE IS HEREBY GIVEN** that Plaintiff, ROBERT SANCHEZ, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants SV TIRE & AUTO REPAIR, a business entity; KH HOLDINGS, LLC, a Wyoming limited liability company;

//
//
//
//
//
//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and performance of the settlement.

DATED: 5/9/2024

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**